| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: ☑ | Oghenerhuemu Wanogho | Telephone:  (313) 319-6655 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
    v.
Sergio PAZ-PLATA

Case: 2:26−mj−30180
Assigned To : White, Robert J.
Assign. Date : 4/6/2026
Description: CMP USA v Paz−Plata
(SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 31, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Unlawful Re-Entry Following Removal from the United States with prior Felony Conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Oghenerhuemu Wanogho, Deportation Officer, ICE-ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 6, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI _____         Hon. David R. Grand, U.S. Magistrate Judge
                                              *Printed name and title*

<u>AFFIDAVIT</u>

I, Oghenerhuemu Wanogho, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 21, 2025. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Sergio PAZ-PLATA, which reveal the following:

2. Sergio PAZ-PLATA is a forty-nine-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On or about April 3, 1997, PAZ-PLATA was encountered by Immigration agents at or near Chicago, Illinois and was voluntarily returned to Mexico.

4. On or about September 8, 2008, PAZ-PLATA was arrested by the Livonia Police Department in Livonia, Michigan, for CSC-4th Degree. Records indicate that the charge was later dismissed due to the unrelated death of the victim.

5. On or about December 7, 2009, PAZ-PLATA was encountered by the Detroit ICE Fugitive Team near Detroit, MI, and was served with an I-862 (Notice to Appear).

6. On or about December 22, 2009, PAZ-PLATA was granted voluntary departure by an Immigration Judge in Detroit, MI, until January 21, 2010.

7. On January 10, 2010, PAZ-PLATA voluntarily departed the United States to Mexico under safeguards via the Detroit Metropolitan Airport, Flight # Delta 6890.

1

8. On or about March 2, 2010, PAZ-PLATA was encountered by the United States Border Patrol at or near Douglas, AZ, and was served with an I-860 (Expedited Removal).

9. On March 3, 2010, PAZ-PLATA was removed from the United States to Mexico via Nogales, AZ.

10. On or about July 18, 2010, PAZ-PLATA was encountered by the United States Border Patrol at or near San Diego, CA, and was voluntarily returned to Mexico.

11. On or about January 4, 2018, PAZ-PLATA was arrested in Detroit, MI, by ICE officers following a traffic stop. PAZ-PLATA admitted to being unlawfully present in the United States.

12. On January 11, 2018, PAZ-PLATA was charged with Illegal Re-Entry in violation of 8 U.S.C. §1326(a) in the U.S. District Court, Eastern District of Michigan.  He was convicted of the offense on March 1, 2018, and was sentenced to time-served (forty-nine days) and one-year non-reporting supervised release.

13. On March 20, 2018, PAZ-PLATA was removed from the United States to Mexico via Laredo, TX.

14. On November 12, 2019, PAZ-PLATA was charged with Illegal Re-Entry in violation of 8 U.S.C. §1326 (a) &(b)(1), in the U.S District Court for the District of Arizona. He was convicted on November 12, 2019, and was sentenced to time-served (one year and fifty-five days) and three years' supervised release.

15. On November 13, 2019, PAZ-PLATA was removed from the United States to Mexico via Nogales, AZ.

16. On March 31, 2026, the Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, Detroit Field Office, encountered PAZ-PLATA near Detroit, Michigan during a traffic stop. After confirming his identity and lack of lawful status in the United States, he was served with Form I-871, Notice of Intent/Decision to

2

Reinstate Prior Order of Removal entered on March 2, 2010. He was detained and transported for processing.

17. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code, to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

18. Based on the above information, I believe there is probable cause to conclude that PAZ-PLATA is a non-citizen who was found in or re-entered the United States after deportation or removal and subsequent to a conviction for a felony offense, without obtaining the express permission of the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____

Oghenerhuemu Wanogho
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

April 6, 2026

3